# EXHIBIT 5

```
                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ALABAMA
                       WESTERN DIVISION

JAMES SULLIVAN, ET AL,

      PLAINTIFF,                    7:13-CV-1275-LSC

      V.                            NOVEMBER 16, 2017

PJ UNITED, INC.,                    TUSCALOOSA, AL

      DEFENDANT.

* * * * * * * * * * * *

              TRANSCRIPT OF MOTION HEARING
        BEFORE THE HONORABLE L. SCOTT COOGLER,
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:

W. LEWIS GARRISON, JR., ESQ.

HENINGER, GARRISON, DAVIS, LLC

BIRMINGHAM, ALABAMA


MARK ALAN POTASHNICK, ESQ.

WEINHAUS & POTASHNICK

ST. LOUIS, MISSOURI


FOR THE DEFENDANT:

WILLIAM K. HANCOCK, ESQ.

GALLOWAY, SCOTT, MOSS & HANCOCK, LLC

BIRMINGHAM, ALABAMA
```

```
 1   CLASS CERTIFICATION IN THE SAME CASE.  AND ONE OF
 2   THE PRIMARY ARGUMENTS FROM THE DEFENSE WAS THAT
 3   THE NAMED PLAINTIFF AND POSSIBLY OTHERS DON'T OWN
 4   THE VEHICLES.  AND THE COURT SAID THAT'S NOT A
 5   MATERIAL DIFFERENCE BETWEEN THEM.
 6           THE COURT:  WELL, LETS SUPPOSE SOMEBODY
 7   ELSE OWNS THEM AND THEY STILL COULD PUT FUEL IN
 8   THEM AND ALL THAT KIND OF STUFF.  I AM LOOKING
 9   FOR SOMETHING MORE SPECIFIC THAT AS A PARENT, I
10   PAID -- LIKE, FOR INSTANCE, I HAVE THREE
11   DAUGHTERS.  I PAY FOR THE INSURANCE ON ALL THEIR
12   CARS.  IF THEY GO WORK FOR PIZZA WHATEVER, PAPA
13   JOHN'S, AND THEY ARE DELIVERING STUFF, I AM
14   PAYING THEIR EXPENSE.  IT'S A GIFT I AM GIVING TO
15   THEM.  IT'S STILL A COST OF OPERATION.  IF THEY
16   OPERATE THE VEHICLE, IT SEEMS LIKE TO ME THEY
17   WOULD HAVE THE RIGHT TO GET REIMBURSED THE GIFT
18   THAT I AM GIVING THEM BECAUSE THEY ARE USING THAT
19   GIFT TO SATISFY THEIR OBLIGATION IN EMPLOYMENT.
20           AND I AM ASKING YOU, IS THERE A CASE,
21   STATUTE, REGULATION, OR ANY OTHER AUTHORITY THAT
22   WOULD INDICATE THAT WHAT I AM SAYING IS NOT
23   CORRECT?  OR THAT IT'S CORRECT; EITHER WAY.
24           MR. HANCOCK:  MY ANSWER IS, SITTING
25   HERE TODAY, I CAN'T POINT YOU.
```