IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**NIAL BENTON and HUTTON GRAHAM,**
individually and on behalf of
similarly situated persons,

    Plaintiffs

                                                  Case No. 1:17-CV-00296

v.

**DELI MANAGEMENT, INC., d/b/a
"JASON'S DELI"**

    Defendant
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONDUCT MEDIATION

Defendant, Deli Management, Inc., d/b/a Jason's Deli, requests additional time to conduct mediation pursuant to this Court's Order (Dkt. 132) for good cause. In support, Jason's Deli states:

1. The Court's Order dated August 8, 2019 required the parties to engage in mediation by August 29 to determine whether this collective-action FLSA case should be settled.

2. Jason's Deli is a family-owned private company.

3. On August 10, 2019, the Chairman of the Board for Jason's Deli, Joe Tortorice Jr., passed away. Tortorice was the founder of the company, owned a

1

controlling interest in its shares, and remained actively involved in overseeing its management until his death.

4. Jason's Deli needs additional time prior to engaging in mediation to allow for the transition in ownership. Tortorice's heirs, who are his wife and children, need to be apprised of not only the case but general matters pertaining to the business.

5. Accordingly, Jason's Deli requests an additional 45 days to conduct a mediation conference pursuant to the Court's order.

6. This case has not yet been set for trial; therefore, this extension should not impact any other scheduling or trial dates.

7. Defendant requests that the Court extend the time to conduct mediation so that the deadline falls on October 14, 2019.

8. In the meantime, Jason's Deli will work with Plaintiff's counsel to choose a mediator and select a date for the mediation as soon as possible.

9. Jason's Deli has conferred with Plaintiffs' counsel regarding this requested relief and Plaintiffs do not oppose this Motion.

Accordingly, Jason's Deli respectfully requests this Court grant the extension requested in this motion so that the Parties will have up to and including October 14, 2019, to complete mediation in this matter.

Respectfully submitted,

/s/ Kevin D. Johnson
John R. Hunt
Georgia Bar No.: 378530
STOKES WAGNER
1201 West Peachtree St. NW
Atlanta, GA 30309

Kevin D. Johnson
Florida Bar No.: 0013749
Christopher M. Bentley
Florida Bar No.: 052616
JOHNSON JACKSON PLLC
100 N. Tampa St., Suite 2310
Telephone:  (813) 580-8400
Facsimile:  (813) 580-8407
Email:  kjohnson@johnsonjackson.com
cbentley@johnsonjackson.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 15th day of August, 2019 , by CM/ECF electronic filing to the Clerk of Court, which sent notification of such filing to all counsel of record:

Andrew Weiner
The Weiner Law Firm
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, GA 30305

Richard M. Paull III
Sean R. Cooper
Paul McInnes LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106

Mark A Potashnick
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141

                    /s/ Kevin D. Johnson
                    Attorney